UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BILLY Y. TATEYAMA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, Inc., AT&T Savings and Security Plan, Plan administrator of AT&T Savings and Security Plan, Fidelity Employer Services Company, LLC; and DOES I through X; and ROES Corporations and Organizations I through X;<br><br>Defendants. | Case No. 2:11-CV-0835 JCM-CWH<br><br>**JUDGMENT** |

On July 31, 2012, the Court granted Defendants', AT&T, Inc. and AT&T Savings and Security Plan (collectively, the "Defendants"), Motion for Summary Judgment against Plaintiff, Billy Y. Tateyama ("Plaintiff") ("Order," Doc. #115). Having granted Defendants' Motion for Summary Judgment on each of Plaintiff's claims,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Judgment is entered in favor of Defendants and against Plaintiff.

DATED September 20, 2012.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
ATTORNEYS AT LAW
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200